UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LASHAWN COLLIER,<br><br>   Petitioner,<br><br>  v.<br><br>WARRAN L. MONTGOMERY, Warden,<br><br>   Respondent. | NO. CV 19-8675-DSF (AGR)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice as barred by the statute of limitations.

DATED: October 26, 2020

                DALE S. FISCHER
                United States District Judge